IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 9:10-cv-80750-JIC

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| STEVEN WARSHALL et al., | ) |
| | ) |
| Defendants. | ) |

## CONSENT JUDGMENT

Having considered the parties' Joint Motion for Entry of Consent Judgment, the Court

has determined that judgment should be entered consistent with the agreement of the parties,

which resolves the United States' Complaint against the Warshalls. Accordingly, it is

ORDERED that:

1.     The Joint Motion for Entry of Consent Judgment is GRANTED;

2.     Defendant Steven Warshall owes the sum of $8,175,849.34 for his 1986, 1987,

1988, 1989, 1990, 1991, 1992, 1993, 1994, 1997, 1998 and 1999 federal income tax liabilities as

of June 9, 2010, plus interest under 26 U.S.C. §§ 6621, 6622 and 28 U.S.C. § 1961(c) until the

judgment is paid.

3.     Defendants Steven and Arlyne Warshall owe the sum of $63,119.29 for their 2005

and 2006 joint federal income tax liabilities as of June 9, 2010, plus interest under 26 U.S.C. §§

6621, 6622 and 28 U.S.C. § 1961(c) until the judgment is paid.

4.    The federal tax liens under 26 U.S.C. Section 6321 for these tax liabilities attach to all property and rights to property of Steven and Arlyne Warshall;

5.    To the extent that Count II of Plaintiff's Complaint seeks to foreclose the above-referenced federal tax liens, the parties are given six (6) months to resolve this matter. If the matter is not resolved, then on or before six (6) months from the date of judgment, the United States shall submit a Motion for Decree of Foreclosure and Order of Sale.

6.    Neither party shall issue by its own volition a press release regarding this judgment.

7.    Each party shall be liable for its own costs of litigation and attorney's fees.


DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, on

14th day of January, 2011

JAMES I. COHN
United States District Judge

-2-

AGREED:

For Plaintiff United States of America:

JOHN A. DICICCO
Acting Assistant Attorney General

By: s/ Rachael Amy Kamons
RACHAEL AMY KAMONS
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 14198, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 514-5890/ Fax: (202) 514-9868
Email: Rachael.A.Kamons@usdoj.gov

Of counsel:
WIFREDO A. FERRER
United States Attorney

Date:  January 13, 2011

For Defendant Steven Warshall:

Steven Warshall
1108 Rainwood Circle
Palm Beach Gardens, FL 33410
*Pro se*

Date:  1/13/11

For Defendant Arlyne Warshall:

Arlyne Warshall
1108 Rainwood Circle
Palm Beach Gardens, FL 33410
*Pro se*

Date:  1/13/11

-3-